**Motion GRANTED AND Order filed September 15, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00577-CV

_____

## IN RE FLUID POWER EQUIPMENT, INC., PEERLESS ENTERPRISES, AND ROBERT N. SHELL, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-67171**

---

## ORDER

On August 20, 2020, relators Fluid Power Equipment, Inc., Peerless Enterprises, and Robert N. Shell filed a petition for writ of mandamus in this court. Relator asks this court to compel the Honorable Tanya Garrison, presiding judge of the 157th District Court of Harris County, to vacate her June 25, 2020 order

granting the motion to enforce judgment of the real party-in-interest, Deborah P. Wilson, as Independent Executrix for the Estate of John W. Wilson.

On September 14, 2020, relators filed a motion for temporary relief, asking our court to stay a turnover order that Respondent signed on September 3, 2020, which requires relators to convey title and possession of certain real property (the "turnover order"). Relators also ask us to stay all execution, attachment and collection proceedings relating to the property pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion for temporary relief and issue the following order:

We **ORDER** the turnover order and all execution, attachment and collection proceedings relating to the property that is the subject of the turnover order **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.